PD-0864-15

RECEIVED IN
The Court of Appeals
Sixth District

JUL 0 9 2015

Texarkana, Texas
Debra Autrey, Clerk

NO. 06-14-00161-CR

In The Sixth Court of
Criminal Appeals
Texarkana, Texas

Harvey Luther Teel
VS:
The State of Texas

Hunt County

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 14 2015

Abel Acosta, Clerk

From Appeal # 06-14-00161-CR
Trial Cause # 29,136

FILED IN
COURT OF CRIMINAL APPEALS

JUL 14 2015

Abel Acosta, Clerk

First Motion for extension of time to file
Petition for Discretionary Review

To the Honorable Judge of The Court of Criminal Appeals:
Comes now, Harvey Luther Teel, Petitioner, & files this Motion
for an extension of 60 days in which to file a Petition
for Discretionary Review. In support of this Motion, appellant
shows the Court the following:

## I.

The Petitioner was convicted in the 196th District Court of Hunt County, Texas of the offense of Continuous Sexual Abuse of A Small Child in Cause #.29,138 styled State of Texas VS. Harvey Luther Teel. The Petitioner appealed to the Court of Appeals, Sixth Appellate District The Case was affirmed on June, 26th 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is July, 26th, 2015. The Petitioner has not requested any extension prior to this request

## III.

The Petitioner does not have legal counsel to represent him on Petition for Discretionary Review & has been unable to aquire legal counsel to represent him on the Petition for Discretionary Review. Petitioner is currently incarcerated in The Texas Department of Criminal Justice & does not have a way to aquire legal counsel or to hire legal counsel.

## II.

Petitioner's request for extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until July 2nd, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Katherine A. Ferguson, has informed Petitioner that she will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner prays this Court grant this Motion & extend the deadline for filing the Petition for Discretionary Review in Case #29,136 to August 27th, 2015.

Harvey L. Teel
Petitioner, Pro Se
TDCJ # 1956147
John B. Connally Unit
899 FM 632
Kenedy, TX. 78119